**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JELENE SMITH,<br><br>Plaintiff,<br><br>-vs-<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, DOES 1-10 inclusive,<br><br>Defendant. | CASE NO.<br><br>5:26-cv-02593-KK-DSR<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this August 28, 2026

Honorable Judge Kenly Kiya Kato